# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-51-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| JORDAN JOSEPH MORGAN, | |
| Defendant. | |

Defendant, Jordan Joseph Morgan, having filed an Unopposed Motion to Appear via Video (Zoom) for Arraignment; IT IS HEREBY ORDERED the Defendant, Jordan Joseph Morgan may appear via video using Zoom for the Arraignment, currently scheduled for April 23, 2022, at 10:00 a.m. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this 18th day of August, 2022.

_____
John Johnston
United States Magistrate Judge

1