IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORDAN JOSEPH MORGAN, <br><br> Defendant. | CR 22-51-GF-BMM-JTJ <br><br> AMENDED FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant JORDAN JOSEPH MORGAN (Morgan) has been accused of violating conditions of his supervised release. (Docs. 76). Morgan admitted the alleged violations. Morgan's supervised release should be revoked. Morgan should be sentenced to custody for 5 months, with 18 months of supervised release to follow.

## II. Status

Morgan plead guilty on July 13, 2023, to the offense of Involuntary Manslaughter, in violation of 18 U.S.C. §§ 1112(b) and 1153(a) as charged in Count I of the Indictment. (Doc. 47). Morgan was sentenced to 12 months and one day of

custody followed by 3 years of supervised release. (Doc.57). Morgan's current term of supervised release began on December 7, 2023.

**Petition**

On November 24, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Morgan's supervised release. (Doc. 76). The Petition alleged Morgan violated the conditions of his supervised release by: (1) consuming alcohol on November 18, 2025.

**Initial Appearance**

Morgan appeared before the Court on December 9, 2025. Morgan was represented by counsel. Morgan stated that he had read the Petition and that he understood the allegation against him. Morgan waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on December 9, 2025. Morgan admitted that he had violated the conditions of supervised release as set forth in the Petition. Morgan's admitted violation is serious and warrants revocation of his supervised release. The Court continued Morgan's sentencing until March 10, 2026 at 1:30 p.m.

**Amended Petition**

On December 16, 2025, the United States Probation Office filed an Amended Petition requesting that the Court revoke Morgan's supervised release. (Doc. 83). The Amended Petition alleged Morgan violated the conditions of his supervised release by: (1) using methamphetamine on December 13, 2025.

**Second Revocation Hearing**

The Court conducted a revocation hearing on December 23, 2025. The Court noted that Morgan had previously admitted that he had violated the conditions of supervised release as set forth as allegation (1) in the Amended Petition by consuming alcohol on November 18, 2025. Morgan then admitted that he had violated the conditions of his supervised release as set forth in the Amended Petition as allegation (2) by using methamphetamine on December 13, 2025. Morgan's admitted violations are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Morgan appeared before the Court on December 23, 2025. Morgan's violations are Grade C. His criminal history category is II. Morgan's underlying offense is a Class D felony. Morgan could be incarcerated for up to 24 months. Morgan could be ordered to remain on supervised release for 24 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Morgan's supervised release should be revoked. Morgan should be sentenced to custody for 5 months, with 18 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Morgan that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Morgan of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Morgan that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That JORDAN JOSEPH MORGAN has violated the conditions of his supervised release by: (1) consuming alcohol on November 18, 2025; and (2) using methamphetamine on December 13, 2025.

The Court **RECOMMENDS**:

> That the District Court revoke Morgan's supervised release and sentence Morgan to custody for 5 months, with 18 months of supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 29th day of December 2025.

John Johnston
United States Magistrate Judge