IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN JOSEPH MORGAN,<br><br>Defendant. | CR-22-51-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on December 29, 2025. (Doc. 88.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on December 23, 2025 (Doc. 86.) The United States accused Jordan Morgan (Morgan) of violating the

conditions of his supervised by 1. consuming alcohol on November 18, 2025 and 2. using methamphetamine on December 13, 2025. (Docs. 76 and 83.)

At the revocation hearing, Morgan admitted that he had violated the conditions of supervised release as set forth in allegation 1 and 2 of the Amended Petition. Judge Johnston recommended a sentence of custody of 5 months with 18 months of supervised release to follow. (Doc. 88.) The Court advised Morgan of his right to appeal and to allocute before the undersigned. (Doc. 86.)

The violations Morgan admitted prove serious and warrant revocation of Morgan's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 88) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Jordan Joseph Morgan be sentenced for a term of custody of 5 months with 18 months supervised release to follow.

DATED this 13th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Courts